04CR10314-GAO

November 2 2014
George A O'Toole
Boston, MA 02210

Honorable, George A O'Toole.

My name is Betania Abreu, I have been married to Oscar Rodriguez For 27 years, we have three beautiful children: Oscar 26 years old, Karina 22 and Star Rodriguez 16 years old. Your Honor, I am writing you this letter to ask for leniency in the sentencing of my husband and that your sentence be merciful. Please take into account that many lives are going to be affected by your decision.

Oscar Rodriguez is a hardworking, dedicated family man, a man that worked Monday through Saturday. Every morning waking up around 6am to drive his youngest daughter to school, on their way to school they made it a routine to pray. He encouraged his children to attend church every Sunday. He taught them the importance of having a good education, to respect others, hard work and to appreciate things. He protected us and cared so much for all of us, we felt secured and loved by him. It is so difficult to live day by day with this loss, his absences is unbearable.

We no longer enjoy Sundays, which was family day, we don't celebrate holidays, because there is nothing to celebrate, the joy of celebrating thanksgiving and Christmas is when the entire family is together and sadly we are not. This is not a home, it is only a house, there is no joy anymore in the house, there is no one to wait for to walk through the door every night tired and hungry. I thank God that at least we could see him, others don't have that luck.

Oscar Rodriguez was a strong leader in this community. He dedicated many years of his life to politics in the Dominican Republic, he wanted to make a difference and he did. He helped to provide food, shelter, medical attention and medicine to hundreds of families in need. He was always eager to lend a helping hand, especially to the Catholic Church; he kept a close relationship with the church's priest. He has done so much for many families and I know that when the time comes he will continue helping the ones in need. I beg your Honor to please consider this mans life, this familys life, when you hand down your sentence. Only God and you have the power to give us a second chance. This family prays together which means well stay together.

Yours truly

*[signature]*

Tel. 809-526-1424

George A O Toole
One Courthouse Way
Boston, MA 02210
October 2, 2014

      My name is Karina Rodriguez, Oscar's first daughter. I would like to tell you how I view my father, and how the man that is being sentenced is nowhere close to being the man they view him. I sincerely hope this letter can provide a better understanding of who Oscar Rodriguez really is.

      This is the first man I have ever loved; he has definitely been a role model not only to me, but to my family as well. Not a day goes by without me thinking about my father, and how blessed I am to have him in my life. My entire life I saw a hardworking man, one who had goals and dreams, a very determined, intelligent person that once he had set his mind on pursuing something he would go for it with all his heart, and would not give up until he accomplished it. He reinforced on us the importance of honesty, respect, loyalty, Work ethic, and the importance of an education to become someone who can contribute to society.

      My father taught us that nothing comes easy in life you have to work for what you want. In my home nothing was just handed to us, if we wanted something we had to earn it by doing our best in school, going to church on Sundays, helping with chores around the house, extra curriculum activities, and following our curfews. He was a very loving father, every day before coming home he would call us to see if we wanted pizza, McDonald's, doughnuts, or ice cream, he would never come home empty handed, he loved seeing us happy. I never imagined how hard it would be to live without my father, now I see how true the saying "you never know what you have until you lose it" is. I miss my father so much; he was definitely the rock of the family, the one that kept us united and in the right path. What I miss the most is how when he would get home from work, tired he would always call me to his room to take off his shoes and socks, give him a foot massage since they were always swollen, cut his nails if they needed to be cut, leave water next to his bed so he could drink his pills, and if he was hungry make him dinner, I would do all this no questions asked because I knew how hard he worked, and being up on two feet the entire day is not easy especially for a sick man.

My father has been diagnosed with hypertension or high blood pressure, depression, atherosclerosis and suffered from Spinal disc problems which his doctor always suggested getting operated. Due to my fathers medical problems he has been under medical prescriptions for about eight years now. Every night I would take my fathers blood pressure, and give him his medications. I have always been a proud American but I find it unbearable just to know how bad my dad has been treated in prison, people in prison are still human being and they should be treated with respect, not like animals. They have people who love them, care for them and pray every day for their safety in there. The day my father was extradited he took with him his medications, as I said before he had been on them for about eight years, and as soon as he got to the United States they took them from him, without even caring about his health. He had to go for three days straight with unbearable pain, until they felt like giving him some sort of medicine. After my father was taking off his medications abruptly, he was not in his senses, was not cooperating with the corrections officer one thing lead to another, the officers brutally abused my father physically. After my father spent two weeks in a hospital, he woke up with Post-traumatic amnesia. Once he was in conditions to go back to the correctional facility they sent him to Solitary confinement. I really think this is inhumane, and should be put into consideration how my father's rights have been violated. No person should be treated that way.

Ever since I was a child I always told my parents my dream was to become a doctor, and their method of encouragement was every chance they had to buy me medical games, posters, videos or books they would. Thanks to my father who emphasized on the importance of pursuing dreams, I am attending my fourth year of medical school in the Dominican Republic. My father's plan once I had graduated from medical school was for me to work with him in providing free medical assistance to those in need. As he did by helping those in absolute poverty with free medicine, food, and shelter with his political movement "Nuevo Renacer" which means rebirth.

    I beg for lenience in my father's sentencing, my father should not be viewed by one flaw, when he has so much good to offer. A person that would put others first, and had so many plans to contribute to the Dominican society. Not only will this decision change my father's life, but also his families.

    Yours truly,

Karina Rodríguez
X_*(signature)*_
809-526-1424

George A O' Toole
One Courthouse way
Boston, MA 02210
October 2, 2014

Dear Judge O' Toole,

    My name is Star Rodriguez, I'm Oscar Rodriguez youngest daughter. In this letter I would like to write a little about who Oscar Rodriguez is. My father to me is the best father that anyone could have, he's the most caring, amazing, working and dedicated father. He showed us the importance in religion and God, we went to church every Sunday. Every morning when he drove me to school, as soon as we got in the car the first thing we would do is take turns to pray for everyone. The words I regret the most was the last words I said to my dad. We were at a thanksgiving dinner, after dinner he was very tired, and said to me, "Gorda (My nickname) come sleep with daddy" my response was "No, I'm not sleepy can I please stay a little while more? He gave me a good night kiss and went to bed, I will always regret those words my entire life because the next day he was taking away from me.

    You can't imagine how devastating it is to go to sleep and wake up not having my father there, and not knowing when he's coming back. We don't do the family things we use to do, like going to church, spending time as a family, the house is not warm anymore like it was when he was around. My dad taught me a lot of things, like for instance how to be respectful and honest, he always made sure that I was doing well in school, manners, and at all times he needed to know where I was. He always made me feel like the most important person in the world, a day never went by without him telling me and showing how much he loved me and how important I was to him. I love him more than life itself, in this letter im trying to explain or say the unexplainable which is the love for my father. I need my father more and more each day.

I'm a junior in high school, it's sad to think that all my siblings had their father at their graduation and he's not going to be in mine. But I thank God that I have a father and that he's alive. After I graduate high school my plans are to move to Boston to pursue my dream of going to college to study criminal justice. Before ending I ask you to please take this into consideration before judging or punishing my world.

Yours truly,
Star Rodriguez
x *Star Rodriguez*

809-526-1424

George A O' Toole
One Courthouse way
Boston, MA 02210
October 6, 2014


Dear Judge O' Toole,

    With all due respect you deserve honorable judge. On behalf of all the neighbors of Oscar Rodriguez, we kindly ask you to please let God touch your sensitivity for our dear neighbor Oscar to favor him with the minimum penalty. This man is a very good person to all of us, a very humble person; through his movement he would provide food, medicine, home and school repairs, amongst others. He is a devoted Catholic, faithful devotee of the Virgin of Altagracia, Dominicans spiritual mother. He would go every three months to pray in the basilica to the virgin of Altagracia. Great father, his kids having an education was his priority. A very loving and caring spouse.

Yours truly,

Mrs. Esperanza Bordes


X *Esperanza Bordes* (signature)